

## NUMBER 13-13-00133-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JULIAN SILVAS,                                                                                          Appellant,

v.

THE STATE OF TEXAS,                                                                                 Appellee.

### On appeal from the 117th District Court of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam

Appellant, Julian Silvas, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our

mandate will issue forthwith.   Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Delivered and filed the 5th
day of September, 2013.